IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

FABIAN MARC VALDEZ, in his own
right and on behalf of, SEBASTIAN
BENJAMIN VALDEZ GOODMAN,
a/k/a SEBASTIAN AGUIRRE, a/k/a
SEBASTIAN OSBAN                                                                    PLAINTIFFS

v.                              Civil No. 06-3064

LORETTA GOODMAN,
a/k/a AGUIRRE, a/k/a OSBAN                                                         DEFENDANT

## ORDER

Fabian Marc Valdez, submitted this pro se action for filing on October 5, 2006. On October 17, 2006, Fabian Marc Valdez submitted a properly completed and signed application to proceed *in forma pauperis* (IFP). While the complaint also lists Marty A. O'Toole as a plaintiff, no IFP application has been submitted on her behalf. Accordingly, the complaint is only filed on behalf of Fabian Marc Valdez and his minor son.

The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The complaint should be filed *nunc pro tunc* to October 5, 2006.

The application to proceed IFP is granted. The matter of service will be determined at a later time.

IT IS SO ORDERED this 17th day of October 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

-1-

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 17 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO72A
(Rev. 8/82)